# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| 5100 FIFTH AVENUE CONDOMINIUM ASSOCIATION | : | No. 74 WAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| ESTATE OF ESTHER F. ASCHEIM, BARBARA EFFRON, IN HER CAPACITY AS ADMINISTRATOR OF THE ESTATE | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: BARBARA EFFRON, IN HER CAPACITY AS ADMINISTRATOR OF THE ESTATE OF ESTHER F. ASCHEIM | : | |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.